PETER C. ANDERSON
UNITED STATES TRUSTEE
QUEENIE K. NG (State Bar No. 223803)
TRIAL ATTORNEY
OFFICE OF THE UNITED STATES TRUSTEE
Ronald Reagan Federal Building &
    United States Courthouse
411 West Fourth Street, Suite 9041
Santa Ana, CA  92701-8000
Telephone: (714) 338-3403
Facsimile: (714) 338-3421
Email:    queenie.k.ng@usdoj.gov

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| In re:<br><br>EUGENE MARTIN HUAPAYA,<br><br><br>                    Debtor. | CASE NUMBER: 8:18-bk-10566 ES<br><br>Chapter 7<br><br>**STIPULATION BETWEEN DEBTOR EUGENE MARTIN HUAPAYA AND UNITED STATES TRUSTEE THAT THE DEBTOR IS NOT ENTITLED TO A CHAPTER 7 DISCHARGE UNDER 11 U.S.C. § 727(a)(8)**<br><br>[No Hearing Required] |
|---|---|

      **TO THE HONORABLE ERITHE A. SMITH, UNITED STATES BANKRUPTCY JUDGE, DEBTOR AND DEBTOR'S ATTORNEY, AND ALL INTERESTED PARTIES:**

      This Stipulation (the "Stipulation") that the Debtor is Not Entitled to a Chapter 7 Discharge under 11 U.S.C. § 727(a)(8) is entered into by and between Eugene Martin Huapaya ("Debtor") and the United States Trustee, through their respective counsel with reference to the following:

//

//

## RECITALS

A. Debtor commenced this bankruptcy proceeding by the filing of a voluntary petition for relief under Chapter 7 of Title 11 of the United States Code on February 21, 2018, and was assigned Case No. 8:18-bk-10566 ES (the "2018 Case").

B. According to the Debtor's Statement of Related Cases, he filed a prior Chapter 13 petition on June 8, 2015 and was assigned Case No. 8:15-bk-12908 ES (the "2015 Case"). The 2015 Case was converted to Chapter 7 on December 8, 2015.

C. The Debtor's discharge in the 2015 Case was entered on March 31, 2016.

D. Because the Debtor has been granted a discharge in the 2015 case within 8 years of the 2018 Case, Debtor agrees that he is not entitled to a Chapter 7 discharge in this case under 11 U.S.C. § 727(a)(8).

E. The United States Trustee and Debtor have conferred regarding this matter and rather than litigate the issues, including a Motion for Denial of Discharge under 11 U.S.C. § 727(a)(8), the Debtor has agreed that he is not entitled to a Chapter 7 discharge pursuant to 11 U.S.C. § 727(a)(8).

## STIPULATION

1. The above recitals are incorporated herein by this reference.
2. The Debtor, Eugene Martin Huapaya, is not entitled to a Chapter 7 discharge of his debts in this case pursuant to 11 U.S.C. § 727(a)(8); and

//
//
//
//
//
//
//
//

3. The proposed Order determining that the Debtor is not entitled to a Chapter 7 discharge under 11 U.S.C. § 727(a)(8) will be lodged with the Court by the United States Trustee via L.O.U. system.

DATED: March 1, 2018

PETER C. ANDERSON
UNITED STATES TRUSTEE

By: _____
QUEENIE K. NG
Trial Attorney

DATED: _____

By: EUGENE MARTIN HUAPAYA, Debtor

DATED: _____

WEBER FIRMAN

By: _____
FRITZ FIRMAN
Attorney for Debtor

3

3. The proposed Order determining that the Debtor is not entitled to a Chapter 7 discharge under 11 U.S.C. § 727(a)(8) will be lodged with the Court by the United States Trustee via L.O.U. system.

DATED: _____

PETER C. ANDERSON
UNITED STATES TRUSTEE

By: _____
QUEENIE K. NG
Trial Attorney

DATED: 3/1/18

By: EUGENE MARTIN HUAPAYA, Debtor

DATED: 2-27-18

WEBER FIRMAN

By: _____
FRITZ FIRMAN
Attorney for Debtor

3

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

411 W. Fourth Street, Suite 7160, Santa Ana, CA 92701

A true and correct copy of the foregoing document entitled (*specify*):

**STIPULATION BETWEEN DEBTOR EUGENE MARTIN HUAPAYA AND UNITED STATES TRUSTEE THAT THE DEBTOR IS NOT ENTITLED TO A CHAPTER 7 DISCHARGE UNDER 11 U.S.C. § 727(a)(8)**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) **March 1, 2018**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) **March 1, 2018,** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **March 1, 2018,** I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 1, 2018 | Michael Hauser | /s/ Michael Hauser |
|---|---|---|
| Date | Print Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

### ADDITIONAL SERVICE INFORMATION

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

   | Name | Capacity | Email Address |
   |---|---|---|
   | Valerie Smith | | claims@recoverycorp.com |
   | Jennifer Wong | | bknotice@mccarthyholthus.com |
   | Joseph Weber | Debtor's Attorney | firmanweber@yahoo.com |
   | Weneta Kosmala | Ch. 7 trustee | ecf.alert+Kosmala@titlexi.com |

   *SEE NEF FOR CONFIRMATION OF ELECTRONIC TRANSMISSION TO THE U.S. TRUSTEE AND ANY TRUSTEE IN THIS CASE, AND TO ANY ATTORNEYS WHO RECEIVE SERVICE BY NEF.*

2. **SERVED BY U.S. MAIL**

   Debtor:
   **Eugene Martin Huapaya**
   10522 Brier Lane
   Santa Ana, CA 92705-1506

3. **SERVED BY (state method for each person served):**

   **PERSONAL DELIVERY, FACSIMILE OR EMAIL**

   Judge's Copy

   Honorable Erithe A. Smith  – bin on the 5th Floor

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE