1  Fritz J. Firman, Esq. (State Bar No. 117011)
   1503 South Coast Drive, Suite 209
2  Costa Mesa, CA 92626
   Tel: (714) 433-7185
3  Fax: (714) 622-0302

4

   Attorneys for Debtor
5  Eugene Martin Huapaya

6

7

8              UNITED STATES BANKRUPTCY COURT

9       CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

10

11 In Re:                              Case No.: 8:18-bk-10566 ES

12 Eugene Martin Huapaya,

13                                     Chapter 7

14

15              Debtor.                **EVIDENTIARY OBJECTIONS TO THE DECLARATION OF WENETA M.A. KOSMALA**

16

17

18
                                       **Date:** November 8, 2018
19                                     **Time:** 10:30 a.m.
                                       **Ctrm:** 5A
20

21  _____

22 //

23 //

24 //

25 //

26 //

27 //

28

EVIDENTIARY OBJECTIONS TO MOTION FOR ORDER

| Testimony: | Objection |
|---|---|
| 1. Page 11, ¶1, Lines 1-3: "I have consulted with a real estate agent, who has advised that the Debtor's valuation of the Property is unrealistic, and that the Property would likely not sell for more than $1,400,000 in the current market." | Federal Rule of Evidence 801(c), 802. Hearsay. Federal Rule of Evidence 602 Conclusion. Lacks Foundation. |
| 2. Page 11, ¶2, Lines 4-7: "I have also obtained current mortgage balance information. The total of all liens and projected costs of sale (approximately 7%) exceeds $1,400,000. Thus, the Property is "underwater", with no equity for the Debtor's exemption claim to attach to, much less any "net" equity for the Estate." | Federal Rule of Evidence 801(c), 802. Hearsay. Federal Rule of Evidence 602 Lacks Foundation. Vague. |
| 3. Page 12, ¶1, Lines 3-7: "Shortly thereafter, disturbing problems began to arise in the relationship. The Debtor advised the agent, through her associates, that his counsel had told him that he would receive funds out of the short | Federal Rule of Evidence 801(c), 802. Hearsay. Federal Rule of Evidence 602 Conclusion as to Disturbing Problem. Assumes facts not in evidence. |

| Testimony: | Objection |
|---|---|
| sale of the Property. Not only have the agents communicated to him that this is not the case, but my counsel has communicated with the Debtor's counsel, who has advised that he has *not* made any such representation to the Debtor." | |
| 4. Page 12, ¶2, Lines 8-12: "Further, the Debtor has interfered with the marketing of the Property by stating to prospective buyers certain terms of the sale that are simply not true, but which may be suppressing interest in the Property. My agents attempted to curb the problem by advising the Debtor that he may not be present when the Property is being shown, but he has persisted in communicating with prospective bidders during showing." | Federal Rule of Evidence 602 Vague. Assumes facts not in evidence. Speculation. Federal Rule of Evidence 801(c), 802. Hearsay. |
| 5. Page 12, ¶3, Lines 13-18: "The Debtor has also indicated to the agent's associates that he intends to sell a portion of the Property himself, and to retain the proceeds, simply "not telling | Federal Rule of Evidence 801(c), 802. Hearsay. Federal Rule of Evidence 602. Assumes facts not in evidence. |

| Testimony: | Objection |
|---|---|
| anyone" about the sale. His intent is defeated by his own disclosure of his plan to my agents, but in any case the parcel he refers to is a part of the Property, under the same APN, is encumbered by the liens attaching to the entirety of the Property, and is property of the Estate. Although he has been advised of these facts, he persists in representing that he intends to sell a portion of the Property." | |
| 6. Page 12, ¶5, Lines 23-28: "The Debtor has no realizable monetary stake in the Property due to the lack of equity. He has already taken a stab at conducting a short sale of his own, and has been unsuccessful. I have an opportunity to create value for the Estate, without impairing any legally cognizable interest of the Debtor in the Property. If I am not able to sell the Property upon foregoing terms, it is likely that the Property will be foreclosed – and no one will receive anything from it, other than | Federal Rule of Evidence 602 Conclusion. Speculation. |

| **Testimony:** | **Objection** |
|---|---|
| the foreclosing lender. | |

DATED: October 25, 2018

By: /s/ Fritz J. Firman
Fritz J. Firman
Attorney for Debtor
Eugene Martin Huapaya

| In re:<br>Eugene Martin Huapaya<br>Debtor(s). | CHAPTER: 7<br>CASE NUMBER: 8:15-bk-12908 ES |
|---|---|

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
1503 South Coast Drive
Suite 209
Costa Mesa, CA 92626

A true and correct copy of the foregoing document entitled (specify): __Evidentiary Objections to the Declaration of Weneta M.A. Kosmala__ will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On __10/25/2018__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Erin P Moriarty - emoriarty@kosmalalaw.com
Weneta M Kosmala - ecf.alert+Kosmala@titlexi.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On __10/25/2018__ I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Erithe A. Smith
US Bankruptcy Court
411 W Fourth St., Suite 5040
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 10/25/2018 | Martha Ormonde | /s/Martha Ormonde |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                                  9013-3.1.PROOF.SERVICE