WENETA M.A. KOSMALA, TRUSTEE
3 MacArthur Place, Suite 760
Santa Ana, CA  92707
Telephone:  (714) 708-8190
Facsimile:   (714) 509-1760

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>Huapaya, Eugene Martin<br><br><br><br>Debtor(s). | Case No. 8:18-BK-10566-ES<br><br>Chapter 7<br><br>NOTICE OF CONTINUED MEETING<br>OF CREDITORS AND APPEARANCE<br>OF DEBTOR(S) 11 U.S.C. §341(a) |

COUNSEL:  JOSEPH A WEBER
TO THE ABOVE NAMED DEBTOR(S):

You are hereby notified that the Meeting of Creditors pursuant to Title 11 U.S.C. Section 341(a) in the above-entitled matter was continued to **November 15, 2018** at **11:02 AM** in Room 3-110, United States Bankruptcy Court, 411 W. Fourth Street, Santa Ana, CA  92701 for the reason set forth below:

Off calendar; documents outstanding; notice e-mailed
BANK OF AMERICA BUSINESS ACCOUNTS AND IDENTIFY RECEIPTS AND DISBURSEMENTS
BANK OF THE WEST STATEMENTS ENDING 12/15/17
MESA GLOBAL SALES INC DETAILED FINANCIAL STATEMENTS SORTED BY ITEM/PAYEE
EXPLANATION AND BACKUP DOCS RE DEPOSITS AND WITHDRAWALS OVER $500 IN BANK OF THE WEST ACCOUNTS
MESA GLOBAL FORMATION DOCS

Dated:  October 26, 2018

/s/ WENETA M.A. KOSMALA
WENETA M.A. KOSMALA
Chapter 7 Trustee

**X**  I certify that Debtor(s)' Counsel in the above referenced case waived Notice of the Continued 341(a) meeting.

☐  I certify that I served the within Notice on the above Debtor(s), Debtor(s)' Counsel, and the Office of the United States Trustee on, 10/26/18.

/s/  David M. Fitzgerald
David M. Fitzgerald